IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RICK BEARD, Plaintiff, | ) | |
| | ) | |
| V. | ) | 3-08-CV-378-M |
| | ) | |
| SIDNEY THOMPSON, Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made Findings, Conclusions and a Recommendation on April 16, 2008. No objections were filed. The District Court reviewed the proposed Findings, Conclusions and Recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Therefore, it is ordered that this case is **TRANSFERRED** to the Fort Worth Division of the Northern District of Texas for further proceedings.

SO ORDERED this 19th day of May, 2008.

_____
**BARBARA M. G. LYNN**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF TEXAS**